IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01028-MSK

ANDREW MARK LAMAR,

    Petitioner,

v.

ARISTEDES W. ZAVARAS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the written Opinion on Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (**Doc.#33**), it is

ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(including #1 and #12)** is **DENIED**, and the case is closed.

Dated this 17th day of May, 2013.

                                              ENTERED FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/Edward P. Butler
                                              Edward P. Butler
                                              Deputy Clerk